UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN BEATTY et al.,<br><br>                    Plaintiffs,<br>          v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                    Defendant. | CASE NO. 2:24-cv-00393-LK<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' stipulated motion for dismissal. Dkt. No. 14. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 23rd day of October, 2024.

*[signature: Lauren King]*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1